Barkley B. Smith, ISBN 9193
Barkley Smith Law, PLLC
206 Jefferson St.
Boise, ID 83702
P: 208-481-4812
E: barkley@barkleysmithlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF IDAHO

| | |
|---|---|
| K.L.,<br><br>              Plaintiff,<br>     vs.<br><br>TRANS UNION RENTAL SCREENING SOLUTIONS, INC., et. al.,<br><br>              Defendant. | Case No. 1:23-cv-413-AKB |

**STIPULATION OF DISMISSAL WITH PREJUDICE FOR BUILDIUM, LLC ONLY**

Plaintiff, K.L. and Defendant, Buildium, LLC and together with Plaintiff, "the Parties"), through undersigned counsel, hereby inform the Court they have completed a settlement of the claims asserted by Plaintiff against Buildium in the above-captioned matter. The Parties hereby stipulate to and respectfully request the Court dismiss the claims asserted by Plaintiff against Buildium pursuant to FRCP 41(a)(1)(A)(ii), with prejudice, and with the Parties to bear their respective costs and fees.

DATED this 26th day of June, 2024.

        /s/ *Barkley Smith*
Barkley B. Smith
*Attorney for Plaintiff*

DATED this 26th day of June, 2024.

        /s/ *Marc Kirkland*
Marc Kirkland
*Attorney for Defendant Buildium*

PLAINTIFF AND DEFENDANT BUILDIUM'S JOINT STIPULATION OF DISMISSAL - 2

## CERTIFICATE OF SERVICE

I certify that on the 26th day of June, 2024, I served true and accurate copies of the foregoing document on the following person(s), either by deposit in the U.S. Mail, addressed as follows, or by Facsimile, or by hand-delivery, as indicated below:

| | |
|---|---|
| William Huse<br>Quilling, Selander, Lownds, Winslett & Moser<br>10333 N Meridian St.<br>Indianapolis, Indiana 46290<br>Attorney for Defendant TransUnion | [ ]  Hand-delivery<br>[ ]  Facsimile<br>[ ]  By deposit in the U.S. Mail<br>[X]  By Email: whuse@qslwm.com |
| Marc Kirkland<br>Quilling, Selander, Lownds, Winslett & Moser<br>6900 N Dallas Parkway<br>Plano, TX 75024<br>Attorney for Defendant Buildium | [ ]  Hand-delivery<br>[ ]  Facsimile<br>[ ]  By deposit in the U.S. Mail<br>[X]  By Email: mkirkland@qslwm.com |

Barkley Smith Law, PLLC

*/s/ Barkley B. Smith*
Barkley B. Smith
Attorney for Plaintiff