Barkley B. Smith, ISBN 9193
Barkley Smith Law, PLLC
206 W. Jefferson St.
Boise, ID 83702
P: 208-481-4812
Email: barkley@barkleysmithlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF IDAHO

| | |
|---|---|
| K.L.,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>TRANS UNION RENTAL SCREENING SOLUTIONS, INC., et. al,<br><br>　　　　　Defendant. | Case No. 1:23-cv-413-AKB |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

　　　Plaintiff K.L. and Defendant Trans Union Rental Screening Solutions, Inc. hereby give notice by and through their counsel of record that they have reached a settlement to resolve their claims in this matter. These parties are in the process of finalizing a settlement agreement and anticipate filing a Stipulation of Dismissal within the next sixty (60) days.

Notice of Settlement - 1

DATED this 25th day of June, 2024.

                                            Respectfully submitted by,

                                            /s/ *Barkley B. Smith*_____
                                            Barkley B. Smith
                                            Barkley Smith Law, PLLC
                                            Attorney for K.L.

DATED this 25th day of June, 2024.

                                            /s/ *William Huse*_____
                                            William Huse
                                            Attorney for Defendant TURSS

## CERTIFICATE OF SERVICE

      I certify that on the 26th day of June, 2024, I served true and accurate copies of the foregoing document on the following person(s), either by deposit in the U.S. Mail, addressed as follows, or by Facsimile, or by hand-delivery, as indicated below:

| | |
|---|---|
| William Huse<br>Quilling, Selander, Lownds, Winslett & Moser<br>10333 N Meridian St.<br>Indianapolis, Indiana 46290<br>Attorney for Defendant TransUnion | [ ] Hand-delivery<br>[ ] Facsimile<br>[ ] By deposit in the U.S. Mail<br>[X] By Email: whuse@qslwm.com |
| Marc Kirkland<br>Quilling, Selander, Lownds, Winslett & Moser<br>6900 N Dallas Parkway<br>Plano, TX 75024<br>Attorney for Defendant Buildium | [ ] Hand-delivery<br>[ ] Facsimile<br>[ ] By deposit in the U.S. Mail<br>[X] By Email: mkirkland@qslwm.com |

Barkley Smith Law, PLLC

*/s/ Barkley B. Smith*_____
Barkley B. Smith
Attorney for Plaintiff

Notice of Settlement - 3