William M. Huse, Esq.
 (admitted *Pro Hac Vice*)
Quilling, Selander, Lownds, Winslett
 & Moser, P.C.
10333 North Meridian Street, Suite 200
Indianapolis, IN 46290
Telephone:  (317) 497-5600, Ext. 603
Fax:  (317) 899-9348
E-Mail:  whuse@qslwm.com

*Counsel for Defendant Trans Union, LLC*

Carsten A. Peterson, Esq.
Hawley Troxell
877 Main Street, 2nd Floor
Boise, ID 83702
Telephone:  208-388-4894
Fax:  208-954-5206
E-Mail: cpeterson@hawleytroxell.com

*Counsel for Defendant Trans Union, LLC*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO (BOISE)

| | |
|---|---|
| K.L.,<br>　　　　　Plaintiff,<br><br>　　vs.<br><br>TRANS UNION RENTAL SCREENING SOLUTIONS, INC., and BUILDIUM, LLC,<br>　　　　　Defendants. | CASE NO. 1:23-cv-00413-AKB<br><br>Judge Amanda K. Brailsford<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND TRANSUNION RENTAL SCREENING SOLUTIONS, INC., ONLY** |

Plaintiff K.L. ("Plaintiff"), by counsel, and Defendant TransUnion Rental Screening Solutions, Inc., ("TURSS"), by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause against TURSS only should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND
TRANSUNION RENTAL SCREENING SOLUTIONS, INC., ONLY– 1:23-cv-00413-CWD

|   |   |
|---|---|
| 1 |  |
| 2 | Respectfully submitted, |
| 3 | */s/Barkley Smith (w/ consent)* |
|   | Barkley Smith, Esq. |
| 4 | Barkley Smith Law, PLLC |
|   | 206 W. Jefferson St. |
| 5 | Boise, ID 83702 |
|   | Telephone: (208) 481-4812 |
| 6 | E-Mail: barkley@barkleysmithlaw.com |

Respectfully submitted,

*/s/Barkley Smith (w/ consent)*
Barkley Smith, Esq.
Barkley Smith Law, PLLC
206 W. Jefferson St.
Boise, ID 83702
Telephone: (208) 481-4812
E-Mail: barkley@barkleysmithlaw.com

*Counsel for Plaintiff K.L.*


*/s/William M. Huse*
William M. Huse, Esq.
  (admitted *Pro Hac Vice*)
Quilling, Selander, Lownds, Winslett
  & Moser, P.C.
10333 North Meridian Street, Suite 200
Indianapolis, IN 46290
Telephone:  (317) 497-5600, Ext. 603
Fax:  (317) 899-9348
E-Mail:  whuse@qslwm.com

*Counsel for Defendant Trans Union Rental Screening Solutions, Inc.*

Carsten A. Peterson, Esq.
Hawley Troxell
877 Main Street, 2nd Floor
Boise, ID 83702
Telephone:  208-388-4894
Fax:  208-954-5206
E-Mail: cpeterson@hawleytroxell.com

*Counsel for Defendant Trans Union Rental Screening Solutions, Inc.*

STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND TRANSUNION RENTAL SCREENING SOLUTIONS, INC., ONLY– 1:23-cv-00413-CWD

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the **5th day of September, 2024**, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| Barkley B. Smith, Esq.<br>barkley@barkleysmithlaw.com | Bradley S. Richardson, Esq.<br>brad@garrettrichardson.com |
|---|---|
| Marc F. Kirkland, Esq.<br>mkirkland@qslwm.com | Robert R. Gates, Esq.<br>robert@garrettrichardson.com |

AND I FURTHER CERTIFY that on such date I served the foregoing on the following non-CM/ECF Registered Participants in the manner indicated:

Via first class mail, postage prepaid, addressed as follows:

| None. | |
|---|---|

Via certified mail, return receipt requested, addressed as follows:

| None. | |
|---|---|

*/s/William M. Huse*
William M. Huse, Esq.
  (admitted *Pro Hac Vice*)
Quilling, Selander, Lownds, Winslett
  & Moser, P.C.
10333 North Meridian Street, Suite 200
Indianapolis, IN 46290
Telephone:  (317) 497-5600, Ext. 603
Fax:  (317) 899-9348
E-Mail:  whuse@qslwm.com

*Counsel for Defendant Trans Union Rental Screening Solutions, Inc.*

STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND TRANSUNION RENTAL SCREENING SOLUTIONS, INC., ONLY– 1:23-cv-00413-CWD